FILED
15-0248
7/28/2015 5:44:14 PM
tex-6263293
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## No. 15-0248

## In the Supreme Court of Texas

**BP AMERICA PRODUCTION COMPANY,**

*Petitioner/Cross-Respondent,*

**v.**

**LADDEX, LTD.,**

*Respondent/Cross-Petitioner.*

*From the Seventh Court of Appeals, Amarillo*
*Court of Appeals No. 07-13-00392-CV*
*On Appeal from the 31st District Court, Roberts County, Texas*
*Trial Court No. 1944*

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PETITION FOR REVIEW**

**To The Honorable Supreme Court of Texas:**

Respondent/Cross-Petitioner Laddex, Ltd. files this First Unopposed Motion for Extension of Time to File Response to Petition for Review under Tex. R. App. P. 10.1, 10.5(b)(1) and 53.7(f). In support of this motion, Respondent/Cross-Petitioner shows the following:

1. BP America Production Company ("BP") filed a Motion for Extension of Time to File Petition for Review on March 30, 2015. The Motion was granted. BP filed its Petition for Review on May 4, 2015.

2. On May 4, 2015 Laddex, Ltd. filed its Cross-Petition for Review.

3. One June 3, 2015 BP filed its Response to Cross-Petition for Review. On June 4, 2015, Laddex, Ltd. filed its Notice of Waiver of Response. On June 18, 2015 Laddex, Ltd. filed a Reply to Response to Cross-Petition for Review.

4. On July 10, 2015 this honorable court requested Laddex, Ltd. file a response to the petition for review on August 10, 2015.

5. Laddex, Ltd. requests an extension of time of thirty (30) days, to September 9, 2015 to file its response to the petition for review. This is Respondent's first request for an extension of time to file its response to BP's Petition for Review.

6. Respondent relies on the following facts as a reasonable explanation for the requested extension of time. Respondent's counsel, in addition to preparing a response to the petition for review in this case has been required to prepare for and/or participate in the following additional matters prior to August 10, 2015:

- July 15, 2015; *Estate of Darwyn B. Metcalf, Deceased*, in the County Court at Law No. 1, in and for Potter County, Texas (Deposition).

- July 15, 2015; *Robert Howell, Plaintiff v. EOG Resources, Inc. and My Petro American Oilfield Services, LLC d/b/a Petro American, LLC, Defendants and My Petro American Oilfield Services, LLC d/b/a Petro American, LLC, Third-Party Plaintiff v. David Creacy, Robert Hallows, Gabriel Martinez, John Odom, Energy First Engineering & Consulting, LLC and DMIC, Inc., Third-Party Defendants,* Cause No. 12-09-00199-CVK; in the 81st District Court, Karnes County, Texas (reply to Motion for Summary Judgment).

- July 16, 2015; *Robert Howell, Plaintiff v. EOG Resources, Inc. and My Petro American Oilfield Services, LLC d/b/a Petro American, LLC, Defendants and My Petro American Oilfield Services, LLC d/b/a Petro American, LLC, Third-Party Plaintiff v. David Creacy, Robert Hallows, Gabriel Martinez, John Odom, Energy First Engineering & Consulting, LLC and DMIC, Inc., Third-Party Defendants,* Cause No. 12-09-00199-CVK; in the 81st District Court, Karnes County, Texas (Motion for Summary Judgment hearing).

- July 20, 2015; *Direct Petroleum Exploration, LLC, v. TransAtlantic Worldwide Ltd., and TransAtlantic Petroleum Ltd.,* Cause No. DC-14-11752-E; in the 101st District Court in and for Dallas County, Texas (respond to Motion for Summary Judgment).

- July 21, 2015; *Mayo Foundation for Medical Education and Research v. Latigo Petroleum, Inc. and Plains Exploration and Production Company,* Cause No. 2060; 31st District Court for Roberts County, Texas (prepare and file expert report).

- July 22, 2015; *Estate of Darwyn B. Metcalf, Deceased*, in the County Court at Law No. 1, in and for Potter County, Texas (Deposition).

- July 23, 2015; *Estate of Darwyn B. Metcalf, Deceased*, in the County Court at Law No. 1, in and for Potter County, Texas (Mediation).

- July 27, 2015; *Direct Petroleum Exploration, LLC, v. TransAtlantic Worldwide Ltd., and TransAtlantic Petroleum Ltd.,* Cause No. DC-14-11752-E; In the 101st District Court in and for Dallas County, Texas (Motion for Summary Judgment Hearing).

- July 29, 2015; *McMordie, et al v. Valence Operating Company, et al.,* Cause No. 2,040, in the 31st District Court in and for Roberts County, Texas (Pre-Trial hearing).

- August 3, 2015; *Direct Petroleum Exploration, LLC, v. TransAtlantic Worldwide Ltd., and TransAtlantic Petroleum Ltd.,* Cause No. DC-14-11752-E; in the 101st District Court in and for Dallas County, Texas (post-hearing briefing).

- August 7, 2010; *Walter O'Cheskey, as Chapter 11 Trustee, v. Robert L. Templeton*, Adversary No. 10-02016-rlj; in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division (deadline for post-remand brief).

- August 7, 2010; *Richard D. Crawford v. XTO Energy Inc.*, Case No. 15-0142 in the Supreme Court of Texas (deadline to file reply to response to petition for review).

- August 10, 2015; *McMordie, et al v. Valence Operating Company, et al.,* Cause No. 2,040, in the 31st District Court in and for Roberts County, Texas (3 day Trial).

7. In addition, Respondent's counsel is facing the following pre-existing deadlines:

- August 13, 2015; *Walter O'Cheskey, as Chapter 11 Trustee, v. Robert L. Templeton*, Adversary No. 10-02016-rlj; in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division (oral argument on remanded issues).

- August 14, 2015; *Sutherland Energy Com, LLC v. Dimock Operating Company and Joe W. Dimock d/b/a Dimock Petroleum,* Cause No. 11098, in the 46th District Court in and for Hardeman County, Texas (temporary injunction hearing).

- August 20, 2015; *Michael Quinn Sullivan v. Salem Abraham,* Case No. 14-0987, in the Supreme Court of Texas (Respondent's brief).

- August 20, 2015; *Daniel Greer and Fix the Facts Foundation d/b/a Agendawise v. Salem Abraham,* Case No. 14-0669, in the Supreme Court of Texas (Respondent's brief).

- August 21, 2015; *Estate of Darwyn B. Metcalf, Deceased*, in the County Court at Law No. 1, in and for Potter County, Texas (Deposition).

- September 3, 2015; *Estate of Darwyn B. Metcalf, Deceased*, in the County Court at Law No. 1, in and for Potter County, Texas (Deposition).

8. The undersigned has conferred with opposing counsel, who stated there was no opposition to this request.

Therefore, Respondent prays that this Court grant this unopposed motion for a thirty (30) day extension of time.

Respectfully submitted,

**LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.**
**Joe L. Lovell,** SBN 12609100
joe@lovell-law.net
**Brian W. Farabough,** SBN 24072989
brian@lovell-law.net
112 West 8th Avenue, Suite 1000
Eagle Centre Building
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Facsimile: (806) 379-7176

By: */s/ Brian W. Farabough*
      Brian W. Farabough


## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Charles "Skip" Watson, counsel for BP America Production Company, who indicated that he had no opposition to this motion.

*/s/ Brian W. Farabough*
Brian W. Farabough

## CERTIFICATE OF SERVICE

I certify that, on July 28, 2015, I served a copy of this motion by e-mail on the following:

Mr. Charles R. "Skip" Watson, Jr.   *Via email to:* ***cwatson@lockelord.com***
Mr. Mike A. Hatchell        *and* ***mahatchell@lockelord.com***
Ms. Susan A. Kidwell        *and* ***skidwell@lockelord.com***
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701


        /s/ *Brian W. Farabough*
         Brian W. Farabough